```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

WILSON BASTON,

                Defendant.

1:23-cv-05347-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    On October 17, 2023, the Court issued a memorandum Opinion and Order granting the Government's motion to intervene and staying this action pending the resolution of the parallel criminal matter in *United States v. Baston*, 1:23-cr-00303-VM (the "Criminal Action"). [ECF No. 10]. In the Order, the Court directed the Government "to file a letter informing the Court of the status of the Criminal Action ninety days from the date of this Order, by January 15, 2024, and every ninety days thereafter." [ECF No. 10]. To date, no letter from the Government has been filed. Accordingly, the Government is ORDERED to file a status update letter no later than February 29, 2024, and every ninety days thereafter.

**SO ORDERED.**

**Date: February 22, 2024**
**New York, NY**

                              */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**