

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

November 21, 2024

**By ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. Wilson Baston,* 23 Civ. 5347 (MKV)

Dear Judge Vyskocil:

  Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") respectfully submits this letter to seek approval of the proposed partial consent judgment ("Proposed Judgment") filed today. (Dkt. No. 26.)

  If entered, the Proposed Judgment would implement the terms of a bifurcated settlement between the parties resolving the issue of Defendant's liability and leaving the amounts of monetary relief against Defendant, if any, to be decided by the Court at a later date, in the event that the parties are unable to reach a settlement.[1] The Proposed Judgment is fair and reasonable and in the public interest. *See, e.g., SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014) (setting out standard for reviewing proposed consent judgments in government enforcement actions).

  Among other things, the Proposed Judgment would permanently enjoin Defendant from committing further violations of the antifraud provisions of the federal securities laws; permanently enjoin Defendant from serving as an officer or director of a company that has a class of securities registered under Section 12 of the Securities Exchange Act of 1934 ("Exchange Act") or that is required to file reports under Exchange Act Section 15(d); and permanently enjoin Defendant from participating in the issuance, purchase, offer, or sale of any security, except for purchasing or selling securities for his own personal accounts.

---

[1] The SEC staff and Defendant have also reached a settlement in principle as to monetary relief, which is subject to authorization by the Commission itself. If the Commission authorizes the settlement terms as to monetary relief, the SEC will file a proposed final judgment for the Court's consideration.

Hon. Mary Kay Vyskocil
November 21, 2024
Page 2

      If the Court approves the Proposed Judgment, the Commission respectfully requests that the Court docket the executed Judgment with the consent attached.

                                                  Respectfully submitted,

                                                  /s/ *Daniel Loss*
                                                  Daniel Loss
                                                  Counsel to the SEC
                                                  (212) 336-5571

cc:    Defendant Wilson Baston (by email and UPS)