

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**New York**
**Regional Office**

November 21, 2024

**By ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Wilson Baston,* 23 Civ. 5347 (MKV)

Dear Judge Vyskocil:

    Plaintiff Securities and Exchange Commission (the "SEC") and Defendant Wilson Baston respectfully submit this joint status letter pursuant to the Court's November 12, 2024 Order. (Dkt. No. 25.)

    Earlier today, the SEC filed a proposed consent judgment that, if entered by the Court, would resolve all issues of liability and non-monetary relief in this case, thereby avoiding the need for a jury trial. Additionally, the SEC Staff and Defendant have agreed in principle to the terms of a proposed final judgment that, if authorized by the SEC's five-member Commission and approved by the Court, would resolve all remaining issues. The SEC received Defendant's consent to the proposed final judgment on November 19, 2024. The SEC staff will now submit the settlement terms to the Commission, a process which typically takes 6-8 weeks.

    Accordingly, the parties respectfully request that the Court set a deadline of January 10, 2025, for the parties to provide a further status update in the event that a proposed final judgment is not submitted by that date.

    Respectfully submitted,

    /s/ *Daniel Loss*
    Daniel Loss
    Counsel to the SEC
    (212) 336-5571

cc:    Defendant Wilson Baston (by email and UPS)