

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 24, 2025

**By ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Wilson Baston,* 23 Civ. 5347 (MKV)

Dear Judge Vyskocil:

    Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") respectfully submits this letter to seek approval of the proposed final consent judgment ("Proposed Final Judgment") filed today. (Dkt. No. 31.)

    If entered, the Proposed Final Judgment would implement the terms of a settlement that would resolve all remaining issues in this case.

    The Proposed Final Judgment is fair and reasonable and does not disserve the public interest, under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the Proposed Final Judgment would permanently enjoin Defendant from committing further violations of the antifraud provisions of the federal securities laws; permanently enjoin Defendant from serving as an officer or director of a company that has a class of securities registered under Section 12 of the Securities Exchange Act of 1934 ("Exchange Act") or that is required to file reports under Exchange Act Section 15(d); permanently restrain Defendant from participating in the issuance, purchase, offer, or sale of any security, except for purchasing or selling securities for his own personal accounts; and order that Defendant is liable for disgorgement of $2,675,000 and prejudgment interest in the amount of $341,004.60, but deem such disgorgement and prejudgment interest obligations satisfied by the orders of restitution and forfeiture entered against him in the parallel criminal action, *United States v. Wilson Baston*, 23. Cr. 303 (VM) (S.D.N.Y.).

    If the Court approves the Proposed Final Judgment, the Commission respectfully requests that the Court docket the executed Final Judgment with the consent attached.

Hon. Mary Kay Vyskocil
January 24, 2025
Page 2

                                                Respectfully submitted,

                                                /s/ *Daniel Loss*
                                                Daniel Loss
                                                Counsel to the SEC


cc:      Defendant Wilson Baston (by email)